IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| FRED AND PAMELA MOORE | § | CASE 19-42278 |
| | § | |
| DEBTOR | § | |

ORDER ADMINISTRATIVELY CLOSING CASE

The Debtors having filed an Application for Final Decree, and the Court having considered such application in light of the Debtors requirements under the Code as individual chapter 11 Debtors, orders as follows,

ORDERED, ADJUDGED AND DECREED the above case is administratively closed subject to the Debtors filing a Motion to Reopen and filing the appropriate pleadings to obtain a discharge as required under the confirmed plan and the Bankruptcy Code.

**FINAL DECREE  - PAGE 1**