## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:

| | |
|---|---|
| FRED MOORE § | |
| PAMELA MOORE § | |
| § | CASE NO. 19-42278-BTR |
| Debtor(s) § | (Chapter 11) |

### NOTICE OF APPEARANCE OF SUBSTITUTE COUNSEL AND REQUEST FOR SERVICE OF PAPERS

Now comes PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P and files this its appearance as substitute counsel of record for Plano ISD, for which a Notice of Appearance was previously filed as part of the Collin County Tax Assessor/Collector, and does state that it is authorized by contract with the claimant to make this appearance on its behalf. Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, Rules 2002 and 9010(b) of the Bankruptcy Rules, and relevant local rules, the claimant respectfully requests that all notices, pleadings, proposed orders, and confirmed copies of orders given or required to be given in these proceedings be directed to the undersigned counsel's address.

Respectfully Submitted,
**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
Attorneys for Claimant,

By: /s/ Linda Reece
Linda D. Reece
State Bar No. 24065471
1919 S. Shiloh Rd., Ste 310, LB 40
Garland, TX  75042
(972) 278-8282
(817) 860-6509 FAX
Email: lreece@pbfcm.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE OF SUBSTITUTE COUNSEL AND REQUEST FOR SERVICE OF PAPERS has been served upon the following parties via U.S. First Class mail and/or the Court's ECF System on this date: May 27, 2021

| | |
|---|---|
| Eric A. Liepins<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702 |

/s/ Linda Reece
Linda D. Reece